PROB 22
(Rev. 2/88)

## NS

# TRANSFER OF JURISDICTION

| | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 1:CR-01-382-02 |
| | DOCKET NUMBER (Rec. Court) |
| | 2:07-cr-332 |

NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE

**JOSEPH STEWART**

| DISTRICT | DIVISION |
|---|---|
| Middle District of Pennsylvania | Harrisburg |

NAME OF SENTENCING JUDGE
The Honorable Sylvia H. Rambo
U.S. District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/11/05 | TO 2/10/08 |
|---|---|---|

OFFENSE

Conspiracy to Commit Wire Fraud and Knowingly Circumvent a System of Internal Accounting Controls and to Knowingly Falsify Books, Records, and Accounts for Publicly Held Corporations - 18 USC § 371

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Middle _____ DISTRICT OF _____ Pennsylvania _____

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of PA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

FILED
HARRIS

JUL 17 2007

May 21, 2007
_____Date_____

_____
United States District Judge

MARY
Per
                                              Deputy Clerk

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Eastern District of Pennsylvania__

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/19/07
_____Effective Date_____

_____
United States District Judge