UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 83
HARRISBURG, PA 17108

FILED
HARRISBURG, PA

JUL 25 2007

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

July 19, 2007

COURT TRANSFERRED TO: Eastern District of PA

RE:   1:01-CR-0382-02   USA v. Joseph Stewart

Dear Sir/Madam:

Pursuant to Judge Shapiro's Order dated 6/13/07, this case was transferred to your court. I am enclosing the original case file consisting of the indictment, plea agreement, financial printout and judgment, along with a certified copy of the docket and this Court's transfer order.

Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Kevin J. Neary
Deputy Clerk

**RECEIPT**

Acknowledge receipt of above on this 23rd day of July 2007.

Signed: Dennis Tiga

CASE NO. ASSIGNED: 07-332-1